UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-8867 FLA (MRWx) | Date | September 1, 2022 |
|---|---|---|---|
| Title | Rivera v. Ford Motor Co. | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | James Muñoz | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff: | Attorneys for Defendant: |
| | n/a | n/a |

**Proceedings:**   ORDER TO SHOW CAUSE

    1.    Defendant Ford re-filed its discovery motion. (Docket # 22.) The motion again is not in the joint format mandated under the Local Rules. However, this time (Docket # 18), the motion is accompanied by a statement that indicates that Plaintiff did not provide her portion of the joint motion before the moving party filed it, as required by this Court's Local Rule 37-1. (Docket # 22-1 at 5.)

    2.    A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, Plaintiff is ORDERED TO SHOW CAUSE for the failure to comply with the joint filing process and to submit a substantive response to the discovery motion by September 7, at 12:00 p.m. If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings. The Court will also award expenses to the moving party as required under Federal Rule of Civil Procedure 37(a)(5).

\* \* \*

    3.    An additional note. Plaintiff's lead attorney, David Barry is an experienced Song-Beverly Act practitioner in this federal court. My review of the Court's CM/ECF system shows that he's been involved in over 340 civil cases in this district – many of them involving Ford. It's a bit eye-opening that his current adversary has not been able to get basic cooperation from him on a straightforward discovery issue. It's also more than a bit disappointing that I've had to monitor this dispute as closely as I have.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 21-8867 FLA (MRWx) | Date | September 1, 2022 |
|---|---|---|---|
| Title | Rivera v. Ford Motor Co. | | |

4. So, let's make sure this case gets the attention it warrants. Mr. Barry is personally ordered to show cause why he should not be sanctioned financially for his conduct in this action to date.[1]  Same response date as above.

---

[1] I decline at present to ring up Ms. Galaviz, his co-counsel. She's only recorded on nine cases in this district, and isn't listed as the lead attorney on the complaint. (Docket # 1-2.) Of course, if it's established that she's really at fault here, I can alter the OSC appropriately.