JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Belinda Rivera | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:21-cv-08867-FLA (MRWx) |
| v. | |
| Ford Motor Company, et al. | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on March 1, 2023 as docket number 35, 36 (the "Offer of Judgment"), judgment is hereby entered for

Belinda Rivera

and against

Ford Motor Company

according to the terms set forth in the Offer of Judgment.

Date: March 6, 2023                                By: Twyla Freeman
                                                       Deputy Clerk